JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND LEQUAN GIBBS,<br><br>    Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>    Respondent. | No. CV 15-0949-AB (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: February 28, 2017

                                                    ANDRÉ BIROTTE JR.
                                                    United States District Judge